```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0030--CV (JWS)
                "LUIS GARCIA V NAOMI CHATMAN ET AL"

        Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 02/17/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $250.00 on 02/17/05 receipt # 00125105
           Trial by: Jury
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | GARCIA, LUIS | Timothy D. Dooley<br>921 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-279-7327<br>FAX 907-258-0801 |
| DEF 1.1 | CHATMAN, NAOMI | James H. Juliussen<br>Davis Wright et al<br>701 W. 8th Avenue, Suite 800<br>Anchorage, AK 99501<br>907-257-5300<br>FAX 907-257-5399 |
| DEF 2.1 | GALEN HOSPITAL ALASKA INC | James H. Juliussen<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A05-0030--CV (JWS)
                             "LUIS GARCIA V NAOMI CHATMAN ET AL"

                                     For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 02/17/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 02/17/05 receipt # 00125105
          Trial by: Jury


 Document #   Filed      Docket text

     1 -  1   02/17/05   DEF 1-2 Notice of Removal from Superior Court for State of Alaska case #
                         3AN-04-11213 CI w/att exhs.

     1 -  2   02/17/05   PLF 1 Jury Demand.

     2 -  1   02/18/05   JWS Minute Order Subsequent to Removal.  Petitioner to file w/crt w/i 10
                         days copies of state crt docs and svc list. cc: cnsl

     3 -  1   02/18/05   DEF 1-2 Answer to Complaint.

     4 -  1   02/24/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

     5 -  1   02/24/05   DEF 1-2 Notice of compliance.

     6 -  1   03/04/05   DEF 2  Disclosure Statement.

     7 -  1   03/24/05   PLF 1; DEF 1-2 Scheduling & Planning Report.

     8 -  1   03/31/05   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 09/30/05; Dispositive motions deadline 10/30/05; Estimate of
                         trial 7 days. cc: cnsl

     9 -  1   04/19/05   DEF 1-2 Preliminary Witness List.

    10 -  1   08/26/05   DEF 1-2 Stipulation to extend pretrial deadlines.

    11 -  1   08/29/05   JWS Order granting stipulation to extend pretrial deadlines (10-1) &
                         setting the following dates: Discovery to close 01/31/06; Dispositive
                         motions deadline 02/28/06. cc: cnsl
```