Law Office of Tim Dooley
921 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
Attorney for Luis Garcia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>          Plaintiff,<br>vs.<br><br>NAOMI CHATMAN and<br>GALEN HOSPITAL ALASKA, INC., d/b/a<br>ALASKA REGIONAL HOSPITAL,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. A05-030 CIV (JWS) |

**PLAINTIFF'S EXPERT ID**

> Richards, Hugh
> Economic Consultants of the North
> 2400 College Road
> Fairbanks, Alaska  99509
> (907) 451-0029 – phone
> (907) 456-2760 – fax

DATED this 30th day of December, 2005 at Anchorage, Alaska.

**Law Office of Tim Dooley**
921 West Sixth Avenue, Suite 200
Anchorage, Alaska  99501
Phone:( 907) 279-7327   Fax: ( 907) 258-0801

Plaintiff's Expert ID
Garcia v. Alaska Regional Hospital
Case No. A05-030 CIV (JWS)

LAW OFFICE OF TIM DOOLEY

By: /s/ Tim Dooley
Tim Dooley
Alaska Bar No. 8310114
Attorney for Luis Garcia

CERTIFICATE OF SERVICE:
I certify that I caused the following persons to be served BY MAIL on December 30, 2005.

s/: /s/ Tim Dooley
Timothy D. Dooley
Alaska Bar No. 8310114

Mr. James H. Juliussen
Davis Wright Tremaine LLP
701 West 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300 – phone
(907) 257-5399 – fax

**Law Office of Tim Dooley**
921 West Sixth Avenue, Suite 200
Anchorage, Alaska 99501
Phone:(907) 279-7327   Fax: (907) 258-0801

Plaintiff's Expert ID
Garcia v. Alaska Regional Hospital
Case No. A05-030 CIV (JWS)

Page 2 of 2