James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Naomi Chatman and Alaska Regional Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>NAOMI CHATMAN and GALEN HOSPITAL ALASKA, INC., d/b/a ALASKA REGIONAL HOSPITAL,<br><br>        Defendants. | Case No. A05-030 CIV (TMB)<br><br><u>STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES</u> |

    The parties, by and through their attorneys of record, hereby submit this stipulated motion to extend certain pretrial deadlines in the above referenced case. Specifically, the parties jointly move the court for an order establishing the following deadlines:

    1.    Final witness lists shall be due on or before September 15, 2006;

    2.    Expert witness disclosures shall be due on or before September 29, 2006;

    3.    Discovery shall be completed by October 31, 2006;

4. Dispositive, discovery and in limine motions shall be due on or before November 30, 2006.

The parties certify that this motion is not made for purposes of delay, but instead results from scheduling conflicts experienced by both parties. Remaining discovery includes depositions of parties, fact witnesses and expert witnesses, if identified. Additional written discovery will be required as a follow-up to depositions.

Alternatively, the parties request a discovery conference.

DATED this 31st day of January, 2006.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Naomi Chatman and
        Alaska Regional Hospital

        By: _____
            James H. Juliussen

DATED this 31st day of January, 2006.

        LAW OFFICE OF TIM DOOLEY
        Attorneys for Luis Garcia

        By: _____
            Tim Dooley

MOTION TO EXTEND DEADLINES - 2
87216v1 39131\27\motion to extend2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

Certificate of Service

I certify that on 31st day of January, 2006, a true and correct copy of the foregoing document was served electronically on the following:

    Tim Dooley

    /s/ Kris Hamann

MOTION TO EXTEND DEADLINES - 3
87216v1 39131\27\motion to extend2