James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Naomi Chatman and Alaska Regional Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>  Plaintiff,<br><br>vs.<br><br>NAOMI CHATMAN and GALEN HOSPITAL ALASKA, INC., d/b/a ALASKA REGIONAL HOSPITAL,<br><br>  Defendants. | Case No. A05-030 CIV (TMB)<br><br><br><br><br>ERRATA |

On January 31, 2006 a Stipulated Motion to Extend Pretrial Deadlines was filed electronically without a proposed order. Attached please find the proposed Order Granting Stipulated Motion to Extend Certain Pretrial Deadlines.

1    Dated this 31st day of January, 2006.

2

3                                    DAVIS WRIGHT TREMAINE LLP
                                     Attorneys for Naomi Chatman and
4                                    Alaska Regional Hospital

5

6                                    By:   /s/ James H. Juliussen

7

8

9   Certificate of Service

10  I certify that on 31st day of January, 2006, a true
    and correct copy of the foregoing document was served
11  electronically on the following:

12       Tim Dooley

13
         /s/ Kris Hamann
14

ERATTA - 2
79931v1 39131\27\entry app.doc