James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Naomi Chatman and Alaska Regional Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NAOMI CHATMAN and GALEN ) <br> HOSPITAL ALASKA, INC., d/b/a ) <br> ALASKA REGIONAL HOSPITAL, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A05-030 CIV (TMB) <br><br> PROPOSED ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES |

The parties' stipulated motion to extend pretrial deadlines for submitting final witness lists to September 15, 2006, submitting expert witness disclosures to September 29, 2006, completing discovery by October 31, 2006, and dispositive, discovery and in limine motions to November 30, 2006 is GRANTED.

DATED this _____ day of _____, 2006.

                                    _____
                                    The Honorable Timothy M. Burgess

ENTRY OF APPEARANCE - 2
79931v1 39131\27\entry app.doc