Law Office of Tim Dooley
921 West 6th Avenue, Suite 200
Anchorage, Alaska 99501
Attorney for Luis Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>   Plaintiff,<br> vs.<br><br>NAOMI CHATMAN and<br>GALEN HOSPITAL ALASKA, INC., d/b/a<br>ALASKA REGIONAL HOSPITAL,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-030 CIV (JWS)<br>) |

**STATUS REPORT PER ORDER OF MAY 8, 2006**

A. NATURE OF THE CASE

  1. The lead attorneys on the case:

   **Plaintiff – Tim Dooley**

   **Defendants - James Juliussen**

  2. Basis for federal jurisdiction:

**Plaintiff has made claims that fall within Title VII, 42 USC 2000e (The Civil Rights Act of 1964).**

Status Report as per 5/8/06 Order
Garcia v. Alaska Regional Hospital
Case No. A05-030 CIV (JWS)  Law Office of Tim Dooley (907) 258-0801

3. Nature of the claims asserted in the complaint and any counterclaims:

**Complaint asserts wrongful termination, lack of adequate investigation, discrimination by black supervisor against plaintiff, a Colombian national.**

**Please note that plaintiff is not bringing a defamation claim.**

**No counterclaims have been asserted.**

4. Name of any party that has not been served and the nature of the non-service:

**All parties have been served.**

5. Principal legal issues:

**Complaint asserts wrongful termination, lack of adequate investigation, discrimination by black supervisor against plaintiff, a Colombian national. Whether claims are barred in whole or in part by the collective bargaining agreement under which plaintiff was employed.**

6. Principal factual issues:

**Whether the plaintiff, a Colombian national was the subject of discrimination by his black supervisor. Whether the plaintiff actually stole a lunch and bottles of liquid soap as asserted by his supervisor and whether employer had a reasonable basis for believing that plaintiff had stolen the items. Whether the supervisor and her superiors carried out an adequate investigation.**

B. DISCOVERY

Status Report as per 5/8/06 Order
Garcia v. Alaska Regional Hospital
Case No. A05-030-cv-TMB (Beistline, Magistrate Judge)  Law Offices of Timm Dooley (907) 258-0801

1. Brief description of completed discovery and any remaining discovery:
   **Rule 26 disclosures have been completed.**

**Plaintiff needs to acquire his income tax returns from the IRS, which has had long delays in responding to requests for past tax returns.**

2. Brief description of any pending motions and anticipated motions:

**Plaintiff anticipates motions will be necessary concerning the employment records of the supervisor and plaintiff's co-employees.**

**Defendant anticipates a motion as to whether the collective bargaining act agreement bars this complaint.**

3. Brief description of any previously entered rulings on substantive issues:
**None.**

4. Any previously filed status reports:

   **None**

C. TRIAL

1. Length of trial: **10 days inclusive for both sides.**

D. SETTLEMENT

1. Status of any settlement discussions and whether the parties request a settlement

conference.

**The parties have not engaged in settlement discussions, but the parties anticipate doing so after depositions and most discovery has been completed.**

DATED this Monday, the 22nd day of May 2006 at Anchorage, Alaska.

LAW OFFICE OF TIM DOOLEY

By:    /s/ Tim Dooley
       Tim Dooley
       Alaska Bar No. 8310114
       Attorney for Plaintiff Luis Garcia

By:    /s/ Jim Juliussen
       Jim Juliussen
       Alaska Bar No. 9211082
       Attorney for Defendants
       Naomi Chatman and Galen Hospital
       Alaska, Inc. d/b/a Alaska Regional
       Hospital

Status Report as per 5/8/06 Order
Garcia v. Alaska Regional Hospital
Case No. A05-0030-CV (TMB) Page 4 of 4    **Law Office of Tim Dooley** (907) 258-0801