James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Naomi Chatman and Alaska Regional Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>NAOMI CHATMAN and GALEN HOSPITAL ALASKA, INC., d/b/a ALASKA REGIONAL HOSPITAL,<br><br>        Defendants. | Case No. 3:05-cv-00030 (TMB)<br><br>STIPULATION FOR DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Luis Garcia and defendants Naomi Chatman and Galen Hospital Alaska, Inc., d/b/a Alaska Regional Hospital, stipulate and agree that this Action, including without limitation all claims that were or could have been asserted in this Action, shall be dismissed in their entirety with prejudice, each party to bear its own attorney fees and costs.

1  Dated this 11th day of December, 2006.

DAVIS WRIGHT TREMAINE LLP
Attorneys for Naomi Chatman and
Alaska Regional Hospital

By: __/s/ James H. Juliussen_____
701 W 8th Avenue, Suite 800
Anchorage, Alaska 99501
Phone: (907) 257-5300
Fax: (907) 257-5399
jimjuliussen@dwt.com
ABA: 9211082

Dated this 11th day of December, 2006.

LAW OFFICE OF TIMOTHY DOOLEY
Attorneys for Luis Garcia

By: __/s/ Timothy D. Dooley__ (consented)___
921 W 6th Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 279-7327
Fax: (907) 258-0801
timdooley@ak.net
ABA: 8310114

Certificate of Service
I certify that on 11th day of December, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Timothy Dooley

__/s/ Kris Hamann_____
Kris Hamann

STIPULATION FOR DISMISSAL - 2
112936v1 39131\27