James H. Juliussen
Davis Wright Tremaine LLP
701 W. 8th Avenue, Suite 800
Anchorage, Alaska 99501
(907) 257-5300

Attorneys for Naomi Chatman and Alaska Regional Hospital

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LUIS GARCIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAOMI CHATMAN and GALEN HOSPITAL ALASKA, INC., d/b/a ALASKA REGIONAL HOSPITAL,<br><br>　　　　　Defendants. | Case No. 3:05-cv-00030 (TMB)<br><br>(PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE |

The parties' stipulated motion to dismiss this Action in its entirety with prejudice, each party to bear its own attorney fees and costs is hereby GRANTED.

Dated this _____ day of _____, 2006

_____
The Honorable Timothy M. Burgess

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

1  <u>Certificate of Service</u>
   I certify that on 11th day of December, 2006, a true
   and correct copy of the foregoing document was served
2  electronically on the following:

3      Timothy Dooley

4    /s/ Kris Hamann
       Kris Hamann

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Davis Wright Tremaine LLP
LAW OFFICES
Suite 800 · 701 West 8th Avenue
Anchorage, Alaska 99501
(907) 257-5300 · Fax: (907) 257-5399

PROPOSED ORDER - 2
113144v1 39131\27